**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

Dianna Glasgow,

                Plaintiff,

v.

JPMorgan Chase & Co., et al.,

                Defendants.

Civil No. 08-1378 (RHK/JSM)

**ORDER**

_____

      Based upon the parties' Stipulation (Doc. No. 15), it is **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and without an award of costs or disbursements to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 14, 2009

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge